STATE EX REL. SANDERS *v.* LAPORTE CIRCUIT COURT ET AL.

[No. 0-585. Filed January 22, 1960.]

*Robert Sanders, pro se.*

PER CURIAM—Relator has filed petition for writ of mandate directed to a lower court.

The petition does not comply with Rule 2-35 of this court in that it is not verified and it does not have attached certified copies of the pleadings, order and entries of the court below.

Petition dismissed.

Achor, J., not participating because of illness.

NOTE.—Reported in 163 N. E. 2d 748.

EDWARDS *v.* STATE OF INDIANA.

[No. 0-563. Filed March 4, 1960.]

*Harry Edwards, pro se.*

PER CURIAM—Petitioner herein seeks leave of this court to file a belated appeal from an order of the Owen Circuit Court over-ruling a verified petition for a writ of error coram nobis.

There is no provision in the statutes of Indiana, nor is there any other authority in this State for a belated appeal from the denial of a petition for writ of error coram nobis. *Harr* v. *State* (1957), 237 Ind. 320, 322, 144 N. E. 2d 529, 145 N. E. 2d 657.

The petition herein is, therefore, dismissed.

Achor, J., not participating because of illness.

NOTE.—Reported in 164 N. E. 2d 830.